**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

TIMOTHY L. BLIXSETH,

          Plaintiff,

    v.

BRIAN GLASSER, AS TRUSTEE OF
THE YELLOWSTONE LIQUIDATING
TRUST,

          Defendant.

(Original Case)

Case No. 2:13-cv-01434-APG-GWF
(Consolidated with  2:13-cv-01737-APG-GWF)

**ORDER**

BRIAN GLASSER, AS TRUSTEE OF
THE YELLOWSTONE CLUB
LIQUIDATING TRUST,

          Plaintiff,

    v.

TIMOTHY L. BLIXSETH,

          Defendant.

(Consolidated case)

    IT IS ORDERED that the parties shall file a status report in these consolidated cases on or before August 14, 2015.

    DATED this 3rd day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE